# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                    *
JESSIE SHORT, ET AL.,               *
                                    *
         Plaintiffs,                *
    v.                              *    No. 102-63
                                    *
THE UNITED STATES,                  *    (Filed: March 27, 2012)
                                    *
         Defendant,                 *
    and                             *
                                    *
HOOPA VALLEY TRIBE,                 *
                                    *
         Defendant-Intervenor.      *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER APPROVING FORTY-FIRST DISBURSEMENT OF FUNDS FROM THE SHORT JUDGMENT FUND

The Court has considered Plaintiffs' Request for Approval of the Forty-First Disbursement of Judgment Monies pursuant to December 21, 1995 Order Re: Disbursements, Deposits and Payment of Judgments and the response of the United States.  Plaintiff's Motion is GRANTED.

**IT IS HEREBY ORDERED:**

Counsel for the Plaintiffs is authorized to withdraw from the Jessie Short Judgment Trust the sum of One Hundred Fifty-Nine Thousand, Nine Hundred Eight-Two dollars and Fifty-Eight Cents ($159,982.58) and to have these monies distributed to the payees as detailed in Exhibit 1 attached hereto.  If Plaintiffs' counsel receives change of address requests (or other changes to biographical information such as name changes) prior to the date of distribution, Plaintiffs' counsel shall have the authority to either implement the requested change and mail the check accordingly, or defer payment until the correct information is ascertained.

The names of the individual payees, the original qualified judgment Plaintiffs and the amounts to be distributed are reflected in Exhibit 1 attached hereto.

s/Lawrence S. Margolis  
LAWRENCE S. MARGOLIS  
Senior Judge, U.S. Court of Federal Claims

Master Spreadsheet for 41st Distribution

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLTF # | PLTF Last Name | PLTF First Name | PLTF SSN | Heir Last Name | Heir First Name | Heir SSN | Addr1 | City | St | Zip | C/o | Awarded Judgment | Net EAJA Reimb. | Total Disbursement |
| 2 | 11 | Peters | Charles | 2345 | Smoker | Elsie | 3168 | P.O. Box 744 | Hoopa | CA | 95546 | | $990.62 | $103.20 | $1,093.82 |
| 3 | 11 | Peters | Charles | 2345 | Billy | Helen | 7235 | P.O. Box 744 | Hoopa | CA | 95546 | | $990.62 | $103.20 | $1,093.82 |
| 4 | 11 | Peters | Charles | 2345 | Smoker, Jr. | Gorham | 5313 | 2725 Solano D. NE | Albuquerque | NM | 87110 | | $330.21 | $34.42 | $364.63 |
| 5 | 11 | Peters | Charles | 2345 | Smoker | Galen | 5189 | 5741 Osuna Road NE #1101 | Albuquerque | NM | 87109 | | $330.21 | $34.42 | $364.63 |
| 6 | 11 | Peters | Charles | 2345 | Smoker | Willie | 5161 | 2725 Solano D. NE | Albuquerque | NM | 87110 | | $330.21 | $34.42 | $364.63 |
| 7 | 11 | Peters | Charles | 2345 | Frank, Jr. | William | 5502 | 5100 O'Byrnes Ferry Road 3T, 123-L Sierra Conservation Center State Prison | Jamestown | CA | 95327 | | $141.52 | $14.74 | $156.26 |
| 8 | 11 | Peters | Charles | 2345 | Frank | Ricky | 8072 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $141.52 | $14.74 | $156.26 |
| 9 | 11 | Peters | Charles | 2345 | Evenson | Mary | 7589 | Ste. 10 Box 3390 | Eureka | CA | 95502 | | $141.52 | $14.74 | $156.26 |
| 10 | 11 | Peters | Charles | 2345 | Frank | Jewell | 3993 | Ste. 10 Box 2 Wetchpec Rt. | Hoopa | CA | 95546 | | $141.52 | $14.74 | $156.26 |
| 11 | 11 | Peters | Charles | 2345 | Frank | Vyron | 7005 | 1245 Munchesshee St. Apt. B | Yreka | CA | 96097 | | $47.16 | $4.91 | $52.07 |
| 12 | 11 | Peters | Charles | 2345 | Frank | Jodi | 0505 | P.O. Box 890 | Montague | CA | 96064 | | $47.16 | $4.91 | $52.07 |
| 13 | 11 | Peters | Charles | 2345 | Frank | Trina | 0637 | P.O. Box 890 | Montague | CA | 96064 | | $47.16 | $4.91 | $52.07 |
| 14 | 11 | Peters | Charles | 2345 | Rudd | Radar | 9953 | P.O. Box 206 | Klamath | CA | 95548 | | $566.07 | $58.98 | $625.05 |
| 15 | 11 | Peters | Charles | 2345 | Peters | John | 0593 | P.O. Box 1027 | Klamath | CA | 95548 | | $566.07 | $58.98 | $625.05 |
| 16 | 73 | Allison | Amy | 6509 | Forest | Esther | 3119 | 1007 Humboldt Street | Santa Rosa | CA | 95404 | | $715.25 | $74.52 | $789.77 |
| 17 | 73 | Allison | Amy | 6509 | Catone | George | | 41 Pennington Court | Crockett | CA | 94525 | | $225.88 | $23.53 | $249.41 |
| 18 | 73 | Allison | Amy | 6509 | Alcaraz | Mary | 9846 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $225.88 | $23.53 | $249.41 |
| 19 | 73 | Allison | Amy | 6509 | Thompson | Robert | 5744 | 1007 Humboldt Street | Santa Rosa | CA | 95404 | | $338.82 | $35.30 | $374.12 |
| 20 | 73 | Allison | Amy | 6509 | Gist | Georgia | 2820 | P.O. Box 145 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,129.39 | $117.67 | $1,247.06 |
| 21 | 73 | Allison | Amy | 6509 | Hayes | Catherine | | P.O. Box 1027 | Klamath | CA | 95548 | | $564.70 | $58.83 | $623.53 |
| 22 | 73 | Allison | Amy | 6509 | Gormley | Susan | 3860 | 4530 Colman Camp Rd. NW | Gig Harbor | WA | 98335 | | $423.52 | $44.13 | $467.65 |
| 23 | 73 | Allison | Amy | 6509 | Gormley | Cathy | 7724 | 535 N. 74th Street | Seattle | WA | 98103 | | $423.52 | $44.13 | $467.65 |
| 24 | 73 | Allison | Amy | 6509 | Gormley | Thomas | 9553 | 5663 Balboa Ave. Unit 203 | San Diego | CA | 92111 | | $423.52 | $44.13 | $467.65 |
| 25 | 73 | Allison | Amy | 6509 | Gormley | Matinda | 0545 | 5015 E. 3rd Street | Long Beach | CA | 90814 | | $423.52 | $44.13 | $467.65 |
| 26 | 73 | Allison | Amy | 6509 | Winter | Nancy | 9047 | 11711 70th Ave. NW | Gig Harbor | WA | 98332 | | $1,694.09 | $176.52 | $1,870.61 |
| 27 | 73 | Allison | Amy | 6509 | Pastel | Rose | 6898 | 470 Cummins Road | Crescent City | CA | 95531 | | $188.23 | $19.61 | $207.84 |
| 28 | 73 | Allison | Amy | 6509 | Keller | Carol | 0037 | 2506 Fords Prairie Ave. | Centralia | WA | 98531 | | $62.74 | $6.54 | $69.28 |
| 29 | 73 | Allison | Amy | 6509 | Alvarez | Lenaire | 9385 | P.O. Box 1023 | Hoopa | CA | 95546 | | $62.74 | $6.54 | $69.28 |
| 30 | 73 | Allison | Amy | 6509 | Gist | Eugene | 9168 | P.O. Box 911 | Hoopa | CA | 95546 | | $62.74 | $6.54 | $69.28 |
| 31 | 73 | Allison | Amy | 6509 | Mitchell, Sr. | Louis | 6156 | HC 64 Ste 2 Box 9 | Hoopa | CA | 95546 | | $62.74 | $6.54 | $69.28 |
| 32 | 73 | Allison | Amy | 6509 | Mitchell | Tammy | | 322 P Street | Eureka | CA | 95501 | | $188.23 | $19.61 | $207.84 |
| 33 | 73 | Allison | Amy | 6509 | Gillespie | Elsie | 9544 | P.O. Box 184 | Orleans | CA | 95556 | | $75.29 | $7.84 | $83.13 |
| 34 | 73 | Allison | Amy | 6509 | Alvarado | Linda | 7698 | 1511 Leon Lane | Arcata | CA | 95521 | | $75.29 | $7.84 | $83.13 |
| 35 | 73 | Allison | Amy | 6509 | Gillespie | Faron | 7852 | P.O. Box 1021 | Hoopa | CA | 95546 | | | | |
| 36 | 73 | Allison | Amy | 6509 | Gillespie, Jr. | Darrell | 2400 | 825 5th Street Rm #226 | Eureka | CA | 95501 | c/o Humboldt County Public Guardian | $75.29 | $7.84 | $83.13 |
| 37 | 73 | Allison | Amy | 6509 | Gillespie | Elaine | 2373 | P.O. Box 354 | Hoopa | CA | 95546 | | $75.29 | $7.84 | $83.13 |
| 38 | 73 | Allison | Amy | 6509 | Gillespie, Sr. | Anthony | | P.O. Box 1202 | Hoopa | CA | 95546 | | $75.29 | $7.84 | $83.13 |
| 39 | 73 | Allison | Amy | 6509 | Heryh | Diane | 3969 | 4433 SW Misty Harbor Ave. | Topeka | KS | 66610 | | $250.99 | $26.15 | $277.14 |

Master Spreadsheet for 41st Distribution

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 73 | Allison | Amy | 6509 | Daum | Michele | 6968 | 2515 Lincoln Ave. | Belmont | CA | 94002 | | $250.99 | $26.15 | $277.14 |
| 41 | 73 | Allison | Amy | 6509 | Perry | Arlene | 5015 | P.O. Box 124 | Stewarts Point | CA | 95480 | | $250.99 | $26.15 | $277.14 |
| 42 | 390 | Chittum | Florence | 6473 | Hayes | Catherine | | P.O. Box 1027 | Klamath | CA | 95548 | | $5,455.95 | $446.57 | $5,902.52 |
| 43 | 390 | Chittum | Florence | 6473 | Gormley | Susan | 3860 | 4530 Colman Camp Rd. NW | Gig Harbor | WA | 98335 | | $1,363.98 | $111.64 | $1,475.62 |
| 44 | 390 | Chittum | Florence | 6473 | Gormley | Cathy | 7724 | 535 N. 74th Street | Seattle | WA | 98103 | | $1,363.98 | $111.64 | $1,475.62 |
| 45 | 390 | Chittum | Florence | 6473 | Gormley | Thomas | 9553 | 5663 Balboa Ave. Unit 203 | San Diego | CA | 92111 | | $1,363.98 | $111.64 | $1,475.62 |
| 46 | 390 | Chittum | Florence | 6473 | Gormley | Melinda | 0545 | 5015 E. 3rd Street | Long Beach | CA | 90814 | | $1,363.98 | $111.64 | $1,475.62 |
| 47 | 390 | Chittum | Florence | 6473 | Winter | Nancy | 9047 | 11711 70th Ave. NW | Gig Harbor | WA | 98332 | | $5,455.94 | $446.57 | $5,902.51 |
| 48 | 517 | Cooper | Nellie | 8637 | Jordan | Drew | 2474 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,995.96 | $312.14 | $3,308.10 |
| 49 | 796 | Frank | Olive | 8964 | Watts | Pamela | 5324 | 248 Olive Street | Crescent City | CA | 95531 | | $970.71 | $118.97 | $1,089.68 |
| 50 | 919 | Gist | Robert | 6509 | Forest | Esther | 0593 | 1007 Humboldt Street | Santa Rosa | CA | 95404 | | $735.27 | $76.61 | $811.88 |
| 51 | 919 | Gist | Robert | 6509 | Catone | George | 3119 | 41 Pennington Court | Crockett | CA | 94525 | | $348.31 | $36.29 | $384.60 |
| 52 | 919 | Gist | Robert | 6509 | Alvarez | Mary | 9846 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $232.30 | $24.19 | $256.49 |
| 53 | 919 | Gist | Robert | 6509 | Thompson | Robert | 5744 | 1007 Humboldt Street | Santa Rosa | CA | 95404 | | $232.30 | $24.19 | $256.49 |
| 54 | 919 | Gist | Robert | 6509 | Gist | Georgia | 2820 | P.O. Box 145 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,161.48 | $121.01 | $1,282.49 |
| 55 | 919 | Gist | Robert | 6509 | Hayes | Catherine | | P.O. Box 1027 | Klamath | CA | 95548 | | $580.74 | $60.51 | $641.25 |
| 56 | 919 | Gist | Robert | 6509 | Gormley | Susan | 3860 | 4530 Colman Camp Rd. NW | Gig Harbor | WA | 98335 | | $435.56 | $45.38 | $480.94 |
| 57 | 919 | Gist | Robert | 6509 | Gormley | Cathy | 7224 | 535 N. 74th Street | Seattle | WA | 98103 | | $435.56 | $45.38 | $480.94 |
| 58 | 919 | Gist | Robert | 6509 | Gormley | Thomas | 9553 | 5663 Balboa Ave. Unit 203 | San Diego | CA | 92111 | | $435.56 | $45.38 | $480.94 |
| 59 | 919 | Gist | Robert | 6509 | Gormley | Melinda | 0545 | 5015 E. 3rd Street | Long Beach | CA | 90814 | | $1,742.23 | $181.52 | $1,923.75 |
| 60 | 919 | Gist | Robert | 6509 | Winter | Nancy | 9047 | 11711 70th Ave. NW | Gig Harbor | WA | 98332 | | $193.58 | $20.17 | $213.75 |
| 61 | 919 | Gist | Robert | 6509 | Pastel | Rose | 6898 | 470 Cummins Road | Crescent City | CA | 95531 | | $64.53 | $6.72 | $71.25 |
| 62 | 919 | Gist | Robert | 6509 | Keller | Carol | 0037 | 2506 Fords Prairie Ave. | Centralia | WA | 98531 | | $64.53 | $6.72 | $71.25 |
| 63 | 919 | Gist | Robert | 6509 | Alvarez | Lonaire | 9385 | P.O. Box 1023 | Hoopa | CA | 95546 | | $64.53 | $6.72 | $71.25 |
| 64 | 919 | Gist | Robert | 6509 | Gist | Eugene | 9168 | HC 64 Ste 2 Box 9 | Hoopa | CA | 95546 | | $64.53 | $6.72 | $71.25 |
| 65 | 919 | Gist | Robert | 6509 | Mitchell, Sr. | Louis | 6156 | 322 P Street | Eureka | CA | 95501 | | $194.32 | $20.26 | $214.58 |
| 66 | 919 | Gist | Robert | 6509 | Mitchell | Tammy | 9544 | P.O. Box 184 | Orleans | CA | 95556 | | $77.43 | $8.07 | $85.50 |
| 67 | 919 | Gist | Robert | 6509 | Gillespie | Elsie | 7698 | 1511 Loop Lane | Arcata | CA | 95521 | | $77.43 | $8.07 | $85.50 |
| 68 | 919 | Gist | Robert | 6509 | Alvarado | Linda | 7852 | P.O. Box 1021 | Hoopa | CA | 95546 | | | | |
| 69 | 919 | Gist | Robert | 6509 | Gillespie | Faron | | 825 5th Street Room #226 | Eureka | CA | 95501 | c/o Humboldt County Public Guardian | $77.43 | $8.07 | $85.50 |
| 70 | 919 | Gist | Robert | 6509 | Gillespie, Jr. | Darrell | 2400 | P.O. Box 354 | Hoopa | CA | 95546 | | $77.43 | $8.07 | $85.50 |
| 71 | 919 | Gist | Robert | 6509 | Gillespie | Elaine | 2373 | P.O. Box 1202 | Hoopa | CA | 95546 | | $77.43 | $8.07 | $85.50 |
| 72 | 919 | Gist | Robert | 6509 | Gillespie, Sr. | Anthony | 3969 | 4433 SW Misty Harbor Ave. | Topeka | KS | 66610 | | $258.02 | $26.88 | $284.90 |
| 73 | 919 | Gist | Robert | 6509 | Horynk | Diane | 6968 | 2515 Lincoln Ave. | Belmont | CA | 94002 | | $258.02 | $26.88 | $284.90 |
| 74 | 919 | Gist | Robert | 6509 | Daum | Michele | 5015 | P.O. Box 124 | Stewarts Point | CA | 95480 | | $258.02 | $26.88 | $284.90 |
| 75 | 919 | Gist | Robert | 6509 | Perry | Arlene | 3265 | HC 62 Box 3C | Zenia | CA | 95595 | | $233.55 | $24.33 | $257.88 |
| 76 | 1288 | Johannsen | Robert | 6198 | Johannsen, Sr. | Harold | | | | | | | | | |
| 77 | 1290 | Johnny, Sr. | Clyde | 1066 | Foley | Daura | 8337 | P.O. Box 1027 | Klamath | CA | 95546 | c/o Yurok Tribal Court | $2,727.97 | $284.22 | $3,012.19 |
| 78 | 1290 | Johnny, Sr. | Clyde | 1066 | Johnny, Jr. | Clyde | 2388 | P.O. Box 1027 | Klamath | CA | 95546 | c/o Yurok Tribal Court | $2,727.96 | $284.22 | $3,012.18 |
| 79 | 1290 | Johnny, Sr. | Clyde | 1066 | Lugo | Judi | | P.O. Box 1027 | Klamath | CA | 95546 | c/o Yurok Tribal Court | $2,727.97 | $284.22 | $3,012.19 |

Master Spreadsheet for 41st Distribution

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 1290 | Johnny, Sr. | Clyde | 1066 | Frost-Clayton | Donna | N/A | P.O. Box 1027 | Klamath | CA | 95546 | | $2,727.97 | $284.22 | $3,012.19 |
| 81 | 1534 | Logan | Eleanor | 5537 | Kenitta | Antone | 2708 | Site 8 Box 6 Wetchpec Rt. | Hoopa | CA | 95546 | | $4,364.75 | $357.27 | $4,722.02 |
| 82 | 1579 | McAlister | Charles | 0801 | McAlister | Charles | 0801 | P.O. Box 1027 | Klamath | CA | 95548 | | $21,823.75 | $1,948.77 | $23,772.52 |
| 83 | 2017 | Moon | Wendell | | Moon, Jr. | Alfred | 9196 | P.O. Box 5657 | Eureka | CA | 95502 | | $2,122.14 | $221.10 | $2,343.24 |
| 84 | 2017 | Moon | Wendell | | Moon-Batt | Arnez | 8623 | 207 S. Cottonwood St. | Dayton | WA | 99328 | | $2,122.14 | $221.10 | $2,343.24 |
| 85 | 2017 | Moon | Wendell | | Moon | Melody | 1261 | P.O. Box 867 | Hoopa | CA | 95546 | | $1,123.49 | $117.06 | $1,240.55 |
| 86 | 2017 | Moon | Wendell | | Kelsey | Robin | 0620 | P.O. Box 181 | Klamath | CA | 95548 | | $1,123.49 | $117.06 | $1,240.55 |
| 87 | 2087 | Murdock | Anita | 2132 | Allen | Sunni Jo | 9707 | 1213 Barnum place | Eureka | CA | 95503 | | $799.23 | $83.27 | $882.50 |
| 88 | 2275 | Crawford | Irene | 9395 | Moon, Jr. | Alfred | 9196 | P.O. Box 5657 | Eureka | CA | 95502 | | $4,849.72 | $505.28 | $5,355.00 |
| 89 | 2275 | Crawford | Irene | 9395 | Moon-Batt | Arnez | 8623 | 207 S. Cottonwood St. | Dayton | WA | 99328 | | $4,849.72 | $505.28 | $5,355.00 |
| 90 | 2312 | Paul | Chester | 7888 | O'Hagan | Michael | 5820 | 1071 Jaccard Street | Crescent City | CA | 95531 | | $10,276.45 | $1,070.68 | $11,347.13 |
| 91 | 2312 | Paul | Chester | 7888 | O'Hagan | Patrick | 2937 | 1071 Jaccard Street | Crescent City | CA | 95531 | | $10,276.44 | $1,070.68 | $11,347.12 |
| 92 | 2360 | Phillips | Daniel | 0097 | Ruggiero | Mary | 0750 | 4022 Hummingbird Way | Clayton | CA | 94517 | | $1,212.43 | $126.32 | $1,338.75 |
| 93 | 2568 | Robinson | Josephine | 7613 | Evenson | Tommie | 1259 | P.O. Box 1101 | Hoopa | CA | 95546 | | $101.09 | $7.19 | $108.28 |
| 94 | 2701 | Karth | Kathleen | 7866 | Reed | Tanya | 4401 | 6620 Daisy | Lumberton | TX | 77657 | | $2,424.87 | $252.65 | $2,677.52 |
| 95 | 2701 | Karth | Kathleen | 7866 | Javaheri | Teresa | 6626 | Sonnegardsgatan 30 BV Apt. #1002 | Goteborg | Sweden | | | $2,424.86 | $252.64 | $2,677.50 |
| 96 | 2701 | Karth | Kathleen | 7866 | Ward | Tamera | 5797 | 3333 Shasta Way Sp. 40 | Klamath Falls | OR | 97603 | | $2,424.86 | $252.64 | $2,677.50 |
| 97 | 2712 | Seaton | Laura | 0322 | Chase | Daniel | 3666 | 2700 Stanford Avenue | Coos | CA | 95307 | | $4,492.94 | $468.31 | $4,961.25 |
| 98 | 2765 | Smith | Harriet | 6332 | Smith | Paul | 5060 | 210 ST. Johns Bluff Rd. #227 | Jacksonville | FL | 32225 | | $7,274.58 | $649.59 | $7,924.17 |
| 99 | 2765 | Smith | Harriet | 6332 | Moulton | Steven | 6745 | 115 NE 109th Apt. A | Portland | OR | 97220 | | $7,274.58 | $649.59 | $7,924.17 |
| 100 | 3576 | Keisner | Henry | 9822 | Smith | Jennifer | 3531 | 209 W. Simpson Street #4 | Eureka | CA | 95501 | | $1,091.19 | $97.43 | $1,188.62 |
| 101 | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | Total: | $145,798.49 | $14,184.09 | $159,982.58 |