# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
JESSIE SHORT, ET AL.,               *
                                    *
         Plaintiffs,                *
                                    *
    v.                              *    No. 102-63
                                    *
THE UNITED STATES,                  *    (Filed: March 27, 2012)
                                    *
         Defendant,                 *
    and                             *
                                    *
HOOPA VALLEY TRIBE,                 *
                                    *
         Defendant-Intervenor.      *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER APPROVING FORTY-SECOND DISBURSEMENT OF FUNDS FROM THE SHORT JUDGMENT FUND

The Court has considered Plaintiffs' Request for Approval of the Forty-Second Disbursement of Judgment Monies pursuant to December 21, 1995 Order Re: Disbursements, Deposits and Payment of Judgments and the response of the United States. Plaintiff's Motion is GRANTED.

**IT IS HEREBY ORDERED:**

Counsel for the Plaintiffs is authorized to withdraw from the Jessie Short Judgment Trust the sum of Five Hundred Seventy-Three Thousand, Five Hundred Eight-Four Dollars and Eighty-Seven Cents ($573,584.87) and to have these monies distributed to the payees as detailed in Exhibit 1 attached hereto. If Plaintiffs' counsel receives change of address requests (or other changes to biographical information such as name changes) prior to the date of distribution, Plaintiffs' counsel shall have the authority to either implement the requested change and mail the check accordingly, or defer payment until the correct information is ascertained.

The names of the individual payees, the original qualified judgment Plaintiffs and the amounts to be distributed are reflected in Exhibit 1 attached hereto.

s/Lawrence S. Margolis<br>
LAWRENCE S. MARGOLIS<br>
Senior Judge, U.S. Court of Federal Claims

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Plaintiff nbr | Plaintiff Last Name | Plaintiff First Name | Ssn | Heir Last Name | Heir First Name | Heir_ssn | Addr1 | City | St | Zip | C/O | Awarded Judgment | Net EAJA Reimb. | Total Disbursement |
| 2 | 11 | Peters | Charles | 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 | Smoker | Florena | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $424.55 | $44.23 | $468.78 |
| 3 | 11 | Peters | Charles | 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 | Frank | Caroline | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $141.52 | $14.74 | $156.26 |
| 4 | 11 | Peters | Charles | 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 | Jones | Louise | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $849.10 | $88.47 | $937.57 |
| 5 | 11 | Peters | Charles | 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 | Peters | Clarence | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $566.07 | $58.98 | $625.05 |
| 6 | 73 | Allison | Amy | 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 | Holzhauser | Agnes | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,129.42 | $117.67 | $1,247.09 |
| 7 | 73 | Allison | Amy | 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 | Carlisle | Grace | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,258.82 | $235.34 | $2,494.16 |
| 8 | 73 | Allison | Amy | 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 | Gist | Madeline | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $564.70 | $58.83 | $623.53 |
| 9 | 73 | Allison | Amy | 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 | Gillespie | Cornelius | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $564.70 | $58.83 | $623.53 |
| 10 | 73 | Allison | Amy | 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 | Aiello, Sr. | Michael | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $188.23 | $19.61 | $207.84 |
| 11 | 73 | Allison | Amy | 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 | Aiello, Jr. | Michael | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $188.23 | $19.61 | $207.84 |
| 12 | 73 | Allison | Amy | 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 | Mitchell | Edward | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $188.23 | $19.61 | $207.84 |
| 13 | 73 | Allison | Amy | 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 | Mitchell | Marlene | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $62.74 | $6.54 | $69.28 |
| 14 | 390 | Chittum | Florence | 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 | Gist | Madeline | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $5,455.94 | $446.57 | $5,902.51 |
| 15 | 444 | Charles | Walter | 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 | Charles | Walter | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $19,534.48 | $2,035.26 | $21,569.74 |
| 16 | 463 | Childs | Nettie | 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 | George | Blythe | 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 | 1734 Bella Vista Road | McKinleyville | CA | 95519 | | $956.93 | $99.70 | $1,056.63 |
| 17 | 463 | Childs | Nettie | 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 | George | Taylor | 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 | 1734 Bella Vista Road | McKinleyville | CA | 95519 | | $956.93 | $99.70 | $1,056.63 |
| 18 | 463 | Childs | Nettie | 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 | Ragain | Stevee | 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 | 1800 Aspen Court | McKinleyville | CA | 95519 | | $956.93 | $99.70 | $1,056.63 |
| 19 | 463 | Childs | Nettie | 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 | Ragain | Cameron | 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 | 1800 Aspen Court | McKinleyville | CA | 95519 | | $956.93 | $99.70 | $1,056.63 |
| 20 | 573 | Curtice | Vernon | 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 | Jackson | Mandy | 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 | P.O. Box 568 | Bayside | CA | 95524 | | $7,274.59 | $649.59 | $7,924.18 |
| 21 | 573 | Curtice | Vernon | 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 | Curtice | Cheyenne | 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 | 737 Second Street | Eureka | CA | 95501 | | $7,274.58 | $649.59 | $7,924.17 |
| 22 | 573 | Curtice | Vernon | 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 | Curtice | Fawn | 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 | 2522 Albee Street #A | Eureka | CA | 95501 | | $7,274.58 | $649.59 | $7,924.17 |
| 23 | 591 | Meyer | Diane | 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 | Davis | Lloyd | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,276.44 | $1,070.68 | $11,347.12 |
| 24 | 740 | Figueroa, Jr. | Raymond | 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 | Hall | Guy | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $6,925.98 | $721.60 | $7,647.58 |

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 740 | Figueroa, Jr. | Raymond | 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 | Evenson | Nancy | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,770.40 | $288.64 | $3,059.04 |
| 26 | 776 | Francis | Ida | 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 | Hufford | Walter | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,818.64 | $189.48 | $2,008.12 |
| 27 | 796 | Frank | Olive | N/A | Knight | Victor | 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 | HC 67 Box 600 Weitchpec Route | Hoopa | CA | 95546 | | $6,850.97 | $713.78 | $7,564.75 |
| 28 | 796 | Frank | Olive | N/A | Frank | Deverous | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $556.45 | $67.98 | $624.43 |
| 29 | 844 | Sealock | Florence | 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 | Adams | Mary | 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 | P.O. Box 452 | Klamath | CA | 95548 | | $0.00 | $893.14 | $893.14 |
| 30 | 844 | Sealock | Florence | 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 | De Brie | Irene | 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 | 499 Seville Way | Manteca | CA | 95536 | | $0.00 | $893.13 | $893.13 |
| 31 | 919 | Gist | Robert | 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 | Holzhauser | Agnes | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,161.48 | $121.01 | $1,282.49 |
| 32 | 919 | Gist | Robert | 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 | Carlisle | Grace | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,322.97 | $242.03 | $2,565.00 |
| 33 | 919 | Gist | Robert | 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 | Gist | Madeline | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $580.74 | $60.51 | $641.25 |
| 34 | 919 | Gist | Robert | 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 | Gillespie | Cornelius | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $580.74 | $60.51 | $641.25 |
| 35 | 919 | Gist | Robert | 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 | Aiello, Sr. | Michael | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $193.58 | $20.17 | $213.75 |
| 36 | 919 | Gist | Robert | 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 | Aiello, Jr. | Michael | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $193.58 | $20.17 | $213.75 |
| 37 | 919 | Gist | Robert | 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 | Mitchell | Edward | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $193.58 | $20.17 | $213.75 |
| 38 | 919 | Gist | Robert | 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 | Mitchell | Marlene | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $64.53 | $6.72 | $71.25 |
| 39 | 955 | Griffin | Maggie | 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 | Phillips | Lester | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,727.97 | $284.22 | $3,012.19 |
| 40 | 1029 | Forrester | Susan | 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 | Forrester | Junior | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $6,242.54 | $650.39 | $6,892.93 |
| 41 | 1118 | Hill | Nellie | N/A | Hill | Manuel | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $8,987.88 | $936.43 | $9,924.31 |
| 42 | 1160 | Honeycutt | Lena | 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 | Honeycutt | Eileen | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,454.90 | $151.58 | $1,606.48 |
| 43 | 1160 | Honeycutt | Lena | 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 | Honeycutt | Fern | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,091.31 | $113.69 | $1,205.00 |
| 44 | 1174 | Horne | Charles | 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 | Horne | Charles | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $11,989.92 | $1,249.20 | $13,239.12 |
| 45 | 1205 | Hufford | Leslie | 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 | Hufford | Eric | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $5,994.96 | $624.60 | $6,619.56 |
| 46 | 1206 | Vaughn | Lavina | 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 | Gallion | Josephine | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,497.90 | $260.24 | $2,758.14 |
| 47 | 1206 | Vaughn | Lavina | 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 | Hufford | Walter | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $541.16 | $56.39 | $597.55 |
| 48 | 1206 | Vaughn | Lavina | 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 | Hufford | Eric | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $499.58 | $52.05 | $551.63 |

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 1206 | Vaughn | Lavina | 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 | Hufford | Jessie | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $666.12 | $69.40 | $735.52 |
| 50 | 1207 | Hufford | Walter | 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 | Gallion | Josephine | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $3,484.46 | $363.05 | $3,847.51 |
| 51 | 1207 | Hufford | Walter | 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 | Gallion | William | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $232.30 | $24.20 | $256.50 |
| 52 | 1207 | Hufford | Walter | 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 | Hufford | Walter | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $290.37 | $30.25 | $320.62 |
| 53 | 1207 | Hufford | Walter | 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 | Hufford | Eric | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $3,484.45 | $363.05 | $3,847.50 |
| 54 | 1249 | James | Oliver | N/A | Roger | Alta | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $283.73 | $29.56 | $313.29 |
| 55 | 1249 | James | Oliver | N/A | Minard, Sr. | Robert | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $141.86 | $14.78 | $156.64 |
| 56 | 1249 | James | Oliver | N/A | Matzger | Alice | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $141.86 | $14.78 | $156.64 |
| 57 | 1249 | James | Oliver | N/A | Montes | Marcia | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $141.86 | $14.78 | $156.64 |
| 58 | 1249 | James | Oliver | N/A | Harvey, Sr. | Fillmore | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,134.93 | $118.24 | $1,253.17 |
| 59 | 1249 | James | Oliver | N/A | Alvarado | Manuel | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $126.10 | $13.14 | $139.24 |
| 60 | 1249 | James | Oliver | N/A | Reynolds | Zelda | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,134.93 | $118.24 | $1,253.17 |
| 61 | 1249 | James | Oliver | N/A | Minard | Zelma | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,134.93 | $118.24 | $1,253.17 |
| 62 | 1249 | James | Oliver | N/A | Tennison | Neal | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $264.81 | $27.59 | $292.40 |
| 63 | 1249 | James | Oliver | N/A | Tennison | Lorette | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $199.14 | $20.75 | $219.89 |
| 64 | 1255 | James | Theodore | 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 | Nelson | George | 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 | 685 Evans Road | McKinleyville | CA | 95519 | | $5,394.83 | $562.08 | $5,956.91 |
| 65 | 1255 | James | Theodore | 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 | Nelson | Gary | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $5,394.83 | $562.08 | $5,956.91 |
| 66 | 1255 | James | Theodore | 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 | Bailey | Patricia | 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 | 685 Evans Road | McKinleyville | CA | 95519 | | $5,394.83 | $562.08 | $5,956.91 |
| 67 | 1255 | James | Theodore | 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 | Marvel | Evelyn | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $5,394.81 | $562.06 | $5,956.87 |
| 68 | 1288 | Johannsen | Robert | 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 | Johannsen | Lee Roy | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $934.22 | $97.34 | $1,031.56 |
| 69 | 1288 | Johannsen | Robert | 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 | Humphry | Linda | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $233.55 | $24.33 | $257.88 |
| 70 | 1288 | Johannsen | Robert | 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 | Johannsen | Christine | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $233.55 | $24.33 | $257.88 |
| 71 | 1288 | Johannsen | Robert | 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 | Detrick | Sonny | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $233.55 | $24.33 | $257.88 |
| 72 | 1288 | Johannsen | Robert | 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 | Kittleson | George | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $311.40 | $32.44 | $343.84 |

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 1288 | Johannsen | Robert | 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 | Ford | Howard | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $311.40 | $32.44 | $343.84 |
| 74 | 1288 | Johannsen | Robert | 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 | Conner | Pansy | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $934.22 | $97.34 | $1,031.56 |
| 75 | 1288 | Johannsen | Robert | 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 | Johannsen | Phillip | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $934.22 | $97.34 | $1,031.56 |
| 76 | 1304 | Johnnie | Leslie | 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 | Marasco | Gertrude | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,797.57 | $187.27 | $1,984.84 |
| 77 | 1304 | Johnnie | Leslie | 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 | Wesemann | Helen | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $599.19 | $62.43 | $661.62 |
| 78 | 1304 | Johnnie | Leslie | 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 | Nance | Raymond | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,797.58 | $187.29 | $1,984.87 |
| 79 | 1497 | Lewis | John | 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 | Lewis | Henrietta | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $19,461.71 | $1,702.67 | $21,164.38 |
| 80 | 1541 | Long | Dunphy | 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 | Fulton | Josephine | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $11,989.92 | $1,249.20 | $13,239.12 |
| 81 | 1669 | McCovey | William | 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 | Gibbens | Paul | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,142.59 | $119.05 | $1,261.64 |
| 82 | 1669 | McCovey | William | 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 | Gibbens | Wayne | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,142.59 | $119.05 | $1,261.64 |
| 83 | 1669 | McCovey | William | 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 | Melvin | Frances | 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 | P.O. Box 464 | Klamath | CA | 95548 | | $1,142.60 | $119.04 | $1,261.64 |
| 84 | 1669 | McCovey | William | 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 | Gibbens | Charles | 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 | P.O. Box 215 | Orick | CA | 95555 | | $1,142.60 | $119.04 | $1,261.64 |
| 85 | 1669 | McCovey | William | 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 | Orr | Carol | N/A | 3651 West Gate | Pendleton | OR | 97801-9651 | | $1,142.60 | $119.04 | $1,261.64 |
| 86 | 1669 | McCovey | William | 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 | Tarelli | Ruth | N/A | 1059 Main Street | Ferndale | CA | 95536 | c/o Sharon Lemarr | $1,142.60 | $119.04 | $1,261.64 |
| 87 | 1669 | McCovey | William | 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 | Wilson | Leslie | 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 | 2391 California Ave. | Klamath Falls | OR | 97601 | c/o Yurok Tribal Court | $1,142.60 | $119.04 | $1,261.64 |
| 88 | 1669 | McCovey | William | 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 | Charlie | Ruby | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,142.59 | $119.05 | $1,261.64 |
| 89 | 1669 | McCovey | William | 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 | Spatola | Jacqueline | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,142.60 | $119.05 | $1,261.65 |
| 90 | 1669 | McCovey | William | 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 | Lorenzo | Bonnie | 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 | P.O. Box 1072 | Ferndale | CA | 95536 | c/o Yurok Tribal Court | $1,142.60 | $119.04 | $1,261.64 |
| 91 | 1669 | McCovey | William | 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 | Gibbens | Stanley | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,142.60 | $119.05 | $1,261.65 |
| 92 | 1687 | McGee-Strickler | Naomi | N/A | McGee-Strickler | Naomi | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $19,534.48 | $2,035.26 | $21,569.74 |
| 93 | 1877 | Masten | Pamela | 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 | Hickey | Lillian | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $21,823.75 | $1,948.77 | $23,772.52 |
| 94 | 1981 | Mizner | Marilyn | 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 | Dugan | Edward | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,911.91 | $1,136.89 | $12,048.80 |
| 95 | 2017 | Moon | Wendell | N/A | Crawford | Eugene | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,497.98 | $156.06 | $1,654.04 |
| 96 | 2017 | Moon | Wendell | N/A | Oscar | Fred | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $998.64 | $104.05 | $1,102.69 |

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2087 | Murdock | Anita | 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 | Stanshaw | Keith | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.23 | $83.27 | $882.50 |
| 98 | 2087 | Murdock | Anita | 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 | Whitlach | Laurence | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.23 | $83.28 | $882.51 |
| 99 | 2087 | Murdock | Anita | 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 | Whitlach | Pamela | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.23 | $83.27 | $882.50 |
| 100 | 2087 | Murdock | Anita | 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 | Whitlach | Judith | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.26 | $83.27 | $882.53 |
| 101 | 2087 | Murdock | Anita | 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 | Haas | Lori | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.26 | $83.27 | $882.53 |
| 102 | 2087 | Mudock | Anita | 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 | Haas | Lorin | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $799.26 | $83.27 | $882.53 |
| 103 | 2101 | Natt | Cornelius | 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 | Napoleon | Elsie | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,911.87 | $1,136.88 | $12,048.75 |
| 104 | 2210 | Warren | Lynne | 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 | Warren | Paul | 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 | 6233 N. Pershing Ave. #8 | Stockton | CA | 95207 | | $7,274.59 | $649.59 | $7,924.18 |
| 105 | 2210 | Warren | Lynne | 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 | Omholt | Adonia | 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 | 2303 Summer Street #3 | Eureka | CA | 95501 | | $4,849.72 | $433.06 | $5,282.78 |
| 106 | 2210 | Warren | Lynne | 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 | McGarity | Leland | 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 | P.O. Box 174 | Crescent City | CA | 95531 | c/o Yurok Tribal Court | $4,849.72 | $433.06 | $5,282.78 |
| 107 | 2210 | Warren | Lynne | 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 | Warren | Jason | 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 | P.O. Box 1027 | Klamath | CA | 95531 | c/o Yurok Tribal Court | $4,849.72 | $433.06 | $5,282.78 |
| 108 | 2275 | Crawford | Irene | 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 | Crawford | Eugene | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $7,274.59 | $757.93 | $8,032.52 |
| 109 | 2275 | Crawford | Irene | 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 | Oscar | Fred | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $4,849.72 | $505.28 | $5,355.00 |
| 110 | 2360 | Phillips | Daniel | 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 | Tripp | Edith | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,424.86 | $252.64 | $2,677.50 |
| 111 | 2360 | Phillips | Daniel | 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 | Phillips | Lester | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,424.86 | $252.64 | $2,677.50 |
| 112 | 2362 | Phillips | Gertrude | 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 | Phillips | Gertrude | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $21,823.75 | $1,786.27 | $23,610.02 |
| 113 | 2423 | Quinn | George | 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 | McReynolds | Eleanor | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,548.65 | $161.35 | $1,710.00 |
| 114 | 2429 | Quinn | James | 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 | Nichols | Muriel | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $5,372.67 | $559.77 | $5,932.44 |
| 115 | 2429 | Quinn | James | 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 | Short | Dagan | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $895.44 | $93.29 | $988.73 |
| 116 | 2434 | Quinn | Martha | 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 | Short | Dagan | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $3,637.29 | $378.96 | $4,016.25 |
| 117 | 2568 | Robinson | Josephine | 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 | Smith | Edmund | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $943.50 | $67.09 | $1,010.59 |
| 118 | 2568 | Robinson | Josephine | 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 | Howard | Imogene | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $3,538.13 | $251.57 | $3,789.70 |
| 119 | 2568 | Robinson | Josephine | 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 | Robinson, Sr. | Kenneth | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $3,538.13 | $251.57 | $3,789.70 |
| 120 | 2568 | Robinson | Josephine | 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 | Reece, Jr. | David | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $101.09 | $7.19 | $108.28 |

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 2568 | Robinson | Josephine | 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 | Burton | William | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,179.37 | $83.85 | $1,263.22 |
| 122 | 2765 | Smith | Harriet | 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 | Smith | Edmund | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $7,274.59 | $649.59 | $7,924.18 |
| 123 | 2767 | Smith | Janet | 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 | Smith | Edmund | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $4,680.45 | $379.32 | $5,059.77 |
| 124 | 2840 | Stacona | Charles | 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 | Stacona | Charles | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $21,579.30 | $2,248.30 | $23,827.60 |
| 125 | 2917 | Swanson | Alveretta | 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 | Swanson | Knute | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,911.87 | $1,136.88 | $12,048.75 |
| 126 | 2917 | Swanson | Alveretta | 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 | Jones | Audrey | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,363.98 | $142.11 | $1,506.09 |
| 127 | 2917 | Swanson | Alveretta | 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 | Jones | Delma | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,363.98 | $142.11 | $1,506.09 |
| 128 | 2917 | Swanson | Alveretta | 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 | West | Alberta | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,704.98 | $177.64 | $1,882.62 |
| 129 | 2917 | Swanson | Alveretta | 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 | Pollard | Joan | 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 | P.O. Box 110 | Fulton | CA | 95439 | | $681.99 | $71.06 | $753.05 |
| 130 | 2917 | Swanson | Alveretta | 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 | Saathoff, Jr. | Wayne | 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 | 511 56th Ave. N | Brooklyn Center | MN | 55430 | c/o Yurok Tribal Court | $681.99 | $71.06 | $753.05 |
| 131 | 2917 | Swanson | Alveretta | 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 | Kinder | Clifford | 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 | P.O. Box 1027 | Klamath | CA | 95548 | | $272.80 | $28.42 | $301.22 |
| 132 | 2917 | Swanson | Alveretta | 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 | Bauer | Marcia | 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 | P.O. Box 15 | Sacramento | CA | 95812 | | $272.80 | $28.42 | $301.22 |
| 133 | 2917 | Swanson | Alveretta | 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 | Bear | Buddy | 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 | P.O. Box 851 | Hoopa | CA | 95546 | | $272.80 | $28.42 | $301.22 |
| 134 | 2917 | Swanson | Alveretta | 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 | Trauman | Delmar | 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 | 7525 Belleview Ave. | Sebastopol | CA | 95472 | | $272.80 | $28.42 | $301.22 |
| 135 | 2917 | Swanson | Alveretta | 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 | Trauman III | Joseph | 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 | P.O. Box 409000 C-15-209-L Mule Creek State Prison | Ione | CA | 95640 | | $272.80 | $28.42 | $301.22 |
| 136 | 2917 | Swanson | Alveretta | 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 | Orcutt | Lawrence | 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 | P.O. Box 1037 | Hoopa | CA | 95546 | | $341.00 | $35.53 | $376.53 |
| 137 | 2917 | Swanson | Alveretta | 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 | Orcutt | Jeanne | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $341.00 | $35.53 | $376.53 |
| 138 | 2917 | Swanson | Alveretta | 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 | Sitts | Delores | 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 | 155 Proctor Drive | Selma | NC | 27576-8431 | | $341.00 | $35.53 | $376.53 |
| 139 | 2917 | Swanson | Alveretta | 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 | Nickerson | Merle | N/A | 3135 Oregon Street | Eureka | CA | 95503 | | $1,363.98 | $142.11 | $1,506.09 |
| 140 | 2917 | Swanson | Alveretta | 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 | Grant | Elinor | N/A | 2802 Harrison Ave. | Eureka | CA | 95501 | | $1,363.98 | $142.11 | $1,506.09 |
| 141 | 3036 | Trimble, Jr. | Frederick | 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 | Trimble, III | Frederick | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,911.87 | $1,136.88 | $12,048.75 |
| 142 | 3077 | Vega | Deborah | N/A | Vega | Deborah | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $11,989.92 | $1,249.20 | $13,239.12 |
| 143 | 3127 | Weber | Charles | 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 | Weber | Frances | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $21,823.75 | $2,273.77 | $24,097.52 |

Master Spreadsheet 42nd Distribution

| | A | B | C | D | E | F | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144 | 3576 | Keisner | Henry | 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 | Brahneler | Dorothy | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,182.37 | $194.88 | $2,377.25 |
| 145 | 3576 | Keisner | Henry | 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 | Keisner | Glenn | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,182.37 | $194.88 | $2,377.25 |
| 146 | 3576 | Keisner | Henry | 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 | Keisner | Lornie | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,182.37 | $194.88 | $2,377.25 |
| 147 | 3576 | Keisner | Henry | 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 | Keisner | Marcella | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,091.19 | $97.43 | $1,188.62 |
| 148 | 3576 | Keisner | Henry | 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 | Keisner | Frederick | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $272.80 | $24.36 | $297.16 |
| 149 | 3576 | Keisner | Henry | 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 | Keisner | Arlys | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $272.80 | $24.36 | $297.16 |
| 150 | 3576 | Keisner | Henry | 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 | Keisner | Rhoda | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $272.80 | $24.36 | $297.16 |
| 151 | 3576 | Keisner | Henry | 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 | Keisner | Janice | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $272.80 | $24.36 | $297.16 |
| 152 | 3624 | Masten | Bonita | 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 | Lewis | Henrietta | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $10,911.87 | $1,136.89 | $12,048.76 |
| 153 | 3624 | Masten | Bonita | 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 | McInerney | Daniel | N/A | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $2,727.97 | $284.22 | $3,012.19 |
| 154 | 3739 | Reed | Peter | 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 | Martin | Lester | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,363.98 | $111.64 | $1,475.62 |
| 155 | 3739 | Reed | Peter | 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 | Reed | Barbara | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,363.98 | $111.64 | $1,475.62 |
| 156 | 3739 | Reed | Peter | 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 | Martin, Sr. | Louis | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $1,363.98 | $111.64 | $1,475.62 |
| 157 | 3843 | Wright | Thana | 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 | Wright | Kenneth | 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 | P.O. Box 1027 | Klamath | CA | 95548 | c/o Yurok Tribal Court | $20,778.00 | $2,164.82 | $22,942.82 |
| 158 | | | | | | | | | | | | | | | |
| 159 | | | | | | | | | | | | Total: | $520,241.01 | $53,343.86 | $573,584.87 |